Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Don C. Parnall,
Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Don C. Parnall, *individually and on behalf of others similarly situated*,<br><br>           Plaintiffs,<br>v.<br><br>Peak Acceptance, LLC,<br><br>           Defendant. | Case No.: 2:16-cv-00782-JAD-GWF<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [First Request]** |

Plaintiff Don C. Parnall ("Plaintiff") and Defendant Peak Acceptance, LLC ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF No. 9].

WHEREAS, on April 8, 2016, Plaintiff filed in this Court a Complaint for Damages, ECF No. 1;

WHEREAS, on June 13, 2016, Defendant filed its Motion to Dismiss, ECF No. 9;

WHEREAS, a Response to Defendant's Motion to Stay is due on June 30, 2016 and a Reply due within 7 days of the response, ECF No. 9;

WHEREAS, this Court has scheduled a hearing on the Motion to Dismiss for July 29, 2016 at 9:00 a.m., ECF No. 10;

WHEREAS, the Parties have engaged in good faith discussions regarding the factual allegations and the arguments raised in Defendant's Motion to Dismiss and are discussing the possibility of early resolution of the claims alleged in the Complaint;

WHEREAS, the Parties in good faith request additional time for Plaintiff to respond to Defendant's Motion to Dismiss and that the July 29, 2016 hearing be continued;

WHEREAS, this is the first request for an extension of this deadline by the Parties;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

(1) Plaintiff shall Respond to Defendant's Motion to Dismiss, ECF. No. 9, on or before July 14, 2016.

(2) Defendant shall file its Reply within 7 days after being served with Plaintiff's Response.

(3) The hearing on the Motion to Dismiss currently scheduled for July 29, 2016 at 9:00 a.m., ECF No. 10, is rescheduled to a date on or after August 15, 2016.

DATED this 23rd day of June 2016.

IT IS SO ORDERED.
The 7/29/16 hearing [ECF No. 10] is CONTINUED to 8/15/16 at 1:30 p.m.

_____
Jennifer Dorsey, U.S. District Judge
6/23/16

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

By: /S/ Patrick J Reilly
Patrick J Reilly, Esq.
9555 Hillwood Drive, Second Floor
Las Vegas, NV 89134

Amy R. Jonker, Esq.
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
*Attorneys for Peak Acceptance, LLC*